IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MAILLIARD KING,                        No C-06-934 TEH (PR)

        Petitioner,

    v.                            ORDER REOPENING CASE

D. K. SISTO, WARDEN,

        Respondent.
_____/

        On February 13, 2006, Petitioner filed a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254.  Doc. #1.  Because at that time a Petition for Writ of Habeas Corpus was pending in the California Supreme Court, this Court dismissed without prejudice the federal Petition subject to refiling a new Petition after all pending state post-conviction proceedings were completed.  Doc. #3.  The California Supreme Court denied the Petition several months later.

        On January 3, 2008, Petitioner submitted an Amended Petition for Writ of Habeas Corpus, which was lodged with the Court, but never filed, because the matter was closed on February 17, 2006

United States District Court
For the Northern District of California

when this Court dismissed the action.

The Clerk is directed to reopen case number C-06-934 TEH and to file the Amended Petition.  An Order to Show Cause is issuing in a separate order.

IT IS SO ORDERED.

DATED    04/13/09

THELTON E. HENDERSON
United States District Judge

G:\PRO-SE\TEH\HC.06\King-06-934-order reopening case.wpd

2