IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAILLIARD KING, | No. C-06-934 TEH (PR) |
| Petitioner, | |
| v. | ORDER DIRECTING PETITIONER TO FILE AN OPPOSITION TO RESPONDENT'S MOTION TO DISMISS |
| D. K. SISTO, WARDEN, | |
| Respondent. | |

Petitioner, a state prisoner incarcerated at California State Prison, Solano, in Vacaville, California, has filed a pro se Amended Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254 challenging a judgment of conviction from San Mateo County Superior Court.  Doc. #15.

On July 6, 2009, Respondent filed a Motion to Dismiss on the ground that the Amended Petition was untimely.  Doc. #21. Petitioner's Opposition to Respondent's Motion to Dismiss was due on August 5, 2009.  On August 3, 2009, Petitioner filed a letter with the Court indicating that he would be filing a request for extension of time to file an Opposition to Respondent's Motion to Dismiss.

Doc. #25 at 3.  To date, Petitioner has not filed an Opposition, nor has he sought an extension of time to do so.

Petitioner is directed to file, by no later than October 2, 2009, an Opposition to Respondent's Motion to Dismiss or a request for an extension of time by which to file an Opposition. Petitioner is advised that an extension of time will be granted only upon a showing of good cause.  Petitioner is further advised that failure to comply with the Court's Order will result in dismissal of the action.

IT IS SO ORDERED.

DATED   09/09/09                         _____
                                         THELTON E. HENDERSON
                                         United States District Judge

G:\PRO-SE\TEH\HC.06\King-06-934-request for opp to mtd.wpd

2