IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MAILLIARD KING,

        Petitioner,

    v.

D. K. SISTO, Warden,

        Respondent.

_____/

No. C-06-934 TEH (PR)

ORDER DENYING CERTIFICATE OF APPEALABILITY

(Doc. #36)

        Pro se Petitioner Malliard King has filed a Notice of Appeal, Doc. #36, which the Court also construes as an application for a Certificate of Appealability under 28 U.S.C. § 2253(c) and Federal Rule of Appellate Procedure 22(b) (amended Dec. 1, 2009). Petitioner is appealing this Court's Order granting Respondent's Motion to Dismiss the Petition filed under 28 U.S.C. § 2254 on the ground that it was untimely under 28 U.S.C. § 2244(d). <u>See</u> Doc. #34.

        Petitioner's request for a Certificate of Appealability is DENIED because he has not demonstrated that "jurists of reason would find it debatable whether the petition states a valid claim of the

denial of a constitutional right and that jurists of reason would find it debatable whether the district court was correct in its procedural ruling." Slack v. McDaniel, 529 U.S. 473, 484 (2000).

The Clerk shall forward to the Court of Appeals the case file with this Order. See F. R. App. P. 22(b)(1) (amended Dec. 1, 2009); United States v. Asrar, 116 F.3d 1268, 1270 (9th Cir. 1997).

IT IS SO ORDERED.

DATED   12/21/09

THELTON E. HENDERSON
United States District Judge

G:\PRO-SE\TEH\HC.06\King-06-934-deny coa-procedural.wpd

2